429 A.2d 105

Commonwealth v. Stover, a/k/a Stover, Appellant.

Submitted April 16, 1980. Herman J. Bigi, for appellant; Vincent J. Quatrini, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.